VICTOR MANUEL GOMEZ CRUZ
Federal Correctional Institution
F.C.I. Herlong
P.O. Box 800
Herlong, CA 96113



FILED

APR 10 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL GOMEZ CRUZ, §<br>       PETITIONER,         §<br>                            §<br>V.                          §<br>                            §<br>WARDEN, F.C.I. HERLONG,     §<br>       RESPONDENT.          §<br>                            §<br>                            §<br>                            § | CASE NO. 2:23-cv-0664 KJN<br><br>MOTION PURSUANT TO U.S.C. § 2241<br>SEEKING APPLICATION OF EARNED<br>FEDERAL TIME CREDITS THROUGH THE<br>FIRST STEP ACT (F.S.A.) |

   COMES, VICTOR MANUEL GOMEZ CRUZ, PETITIONER, who is a federal inmate serving a sentence at F.C.I. Herlong in the State of California. He moves this court to grant this writ, and ORDER the Bureau of Prisons (BOP) to apply the earned FSA time credits that he has earned through various programs, in accordance with the Act.

   This Court, having familiarity with Motions of this nature, should read the filing, examine the attached supporting evidence, and swiftly order the BOP to apply the earned time credits.

                              I. ARGUMENT

   Since the passage of the First Step Act, there has been serious deficiencies in the application of the 'earned time credits' to federal inmates, especially ones with possible imigration issues.

   The BOP has waffled, and has changed the prgrom statement to allow all persons that do not have a "FINAL ORDER" of deportation to have earned credits applied, however, the BOP system is not making the sentence adjustments uniformly, and many people are having to

file writs in federal courts under 28 U.S.C. § 2241, seeking the credits to be ORDERED by courts. It is under this pressure, that the BOP seems responsive. Accordingly, this petitioner is asking for the same relief that is due.

Here, the petitioner has a PATTERN SCORE of __28__, and is further classified as a __LOW__ risk of recidivism. Due to these classifications, he is eligible to have the credits applied.

Thus far, this petitioner has earned __TBD__ days towards early release, but his credits have not been applied thus far, and is asking this court to ORDER them to be properly applied according to the Act.

The petitioner has a tentative release date of: __11-07-2024__. This petitioner is **not** subject to any final order of deportation, and so until that is established by an Immigration Court, his eligibility to earn and have applied, FSA time credits is a liberty interest that must be applied universally to all persons.

The BOP's current Program Statement that details the implementation of the First Step Act of 2018 clearly shows the language stricken that was used previously to bar persons with 'possible' deportation issues, or warrants, or detainers, or pending charges. Because none of these situations effect the actual release of an inmate, because these is no RCC/HC placement for these people, the effects of earning good time or earned FSA times are uneffected by possible, or pending immigration issues. As such, these credits must be applied.

Attached is EXHIBIT "A", **FSA TIME CREDIT ASSESSMENT**, showing how many credits this petitioner has earned. Attached is EXHIBIT "B",

2.

**PROGRAM REVIEW SHEET**, showing the RISK to RE-OFFEND level and the current release date without the credits.

These exhibits demonstrate that this petitioner has earned the credits, is eligible to receive them, and has a score that commensurates with thee application of the Act.

## II. RELIEF REQUESTED

For all of the above mentioned reasons, this petitioner respectfully requests that this Court GRANT the writ, and further ORDER the BOP to apply the earned credits in accordance with the First Step Act, and to further calculate the release date to reflect the proper application of these earned time credits.

Dated this 4TH day of APRIL, 2023.


Respectfully submitted,

Victor M Gomez Cruz

Pro Se


Case 2:23-cv-00664-KJN   Document 1   Filed 04/13/23   Page 4 of 6

**FSA Time Credit Assessment**

Register Number:44312-013, Last Name:GOMEZ-CRUZ

**U.S. DEPARTMENT OF JUSTICE**     **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 44312-013          Responsible Facility: HER
Inmate Name                              Assessment Date.....: 03-25-2023
  Last.............: GOMEZ-CRUZ          Period Start/Stop...: 12-21-2018 to 03-25-2023
  First............: VICTOR              Accrued Pgm Days....: 0
  Middle...........: MANUEL              Disallowed Pgm Days.: 0
  Suffix...........:                     FTC Towards RRC/HC..: 0
Gender.............: MALE                FTC Towards Release.: null
Start Incarceration: 05-02-2018          Apply FTC to Release: No

Start       Stop        Pgm Status    Pgm Days
12-21-2018  03-25-2023  ineligible    0
  FSA ineligible
    Facility  Category  Assignment   Start            Stop
    HER       FSA       FTC INELIG   05-12-2021 1530  CURRENT
--- FSA Assessment -------------------------------------------------------
#    Start       Stop        Status    Risk Assignment  Risk Asn Start    Factor
001  12-21-2018  01-18-2019  ACTUAL    FSA R-LW         04-28-2021 2009   10
002  01-18-2019  07-17-2019  ACTUAL    FSA R-LW         04-28-2021 2009   10
003  07-17-2019  01-13-2020  ACTUAL    FSA R-LW         04-28-2021 2009   15
004  01-13-2020  07-11-2020  ACTUAL    FSA R-LW         04-28-2021 2009   15
005  07-11-2020  01-07-2021  ACTUAL    FSA R-LW         04-28-2021 2009   15
006  01-07-2021  07-06-2021  ACTUAL    FSA R-LW         04-28-2021 2009   15
007  07-06-2021  01-02-2022  ACTUAL    FSA R-LW         04-28-2021 2009   15
008  01-02-2022  07-01-2022  ACTUAL    FSA R-LW         11-03-2021 1242   15
009  07-01-2022  12-28-2022  ACTUAL    FSA R-LW         04-05-2022 2052   15
010  12-28-2022  06-26-2023  ACTUAL    FSA R-LW         09-15-2022 1034   15
```

EXHIBIT "A"

Assessment Date: 03-25-2023                    (1)                    Assessment# -2147359752



| | Individualized Needs Plan - Program Review   (Inmate Copy) | SEQUENCE: 02072893 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 03-03-2023 |
| | Plan is for inmate: GOMEZ-CRUZ, VICTOR MANUEL  44312-013 | |

| Facility: | HER HERLONG FCI | Proj. Rel. Date: | 11-07-2024 |
|---|---|---|---|
| Name: | GOMEZ-CRUZ, VICTOR MANUEL | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 44312-013 | DNA Status: | GPC01657 / 06-05-2018 |
| Age: | 34 | | |
| Date of Birth: | 09-17-1988 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| ICE | BIOMETRIC CONFORMATION OF THE ALIENS IDENTITY AND A CHECK OF FEDERAL DATABASES THAT AFFIRMATIVELY THEMSELVES OR IN ADDITION TO OTHER RELIABLE |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|

*NO ASSIGNMENTS*

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 06-06-2018 |
| HER | GED XN | EXEMPT GED NON-PROMOTABLE | 06-06-2018 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HER | | ESL CLASS 12:30-2:30PM | 07-06-2021 | CURRENT |
| HER | C | DIST SS1 | 12-06-2021 | 12-10-2021 |
| HER | C | DIST SS1 | 08-20-2021 | 08-27-2021 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-19-2021 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-05-2021 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-14-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-14-2018 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 05-04-2021 |
| ED NONE | DRUG EDUCATION NONE | 05-12-2021 |

**FRP Payment Plan**

Most Recent Payment Plan

**FRP Assignment:** **COMPLT**   **FINANC RESP-COMPLETED**   Start: **05-12-2021**

Inmate Decision: **AGREED**   $25.00   Frequency: **QUARTERLY**
Payments past 6 months:   $0.00   Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*\*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\**

**FRP Deposits**



| | **Individualized Needs Plan - Program Review   (Inmate Copy)** | SEQUENCE: 02072893 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 03-03-2023 |
| | Plan is for inmate: GOMEZ-CRUZ, VICTOR MANUEL  44312-013 | |

Trust Fund Deposits - Past 6 months:   $1,011.05      Payments commensurate ?   Y

New Payment Plan:    ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 05-12-2021 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 03-01-2023 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 03-01-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 03-01-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 03-01-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 03-01-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 03-01-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 03-01-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 03-01-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 03-01-2023 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 03-01-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 03-01-2023 |
| N-WORK Y | NEED - WORK YES | 03-01-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 03-01-2023 |

### Progress since last review

You have not completed any programs since your last review but are currently participating in ESL classes.

### Next Program Review Goals

Enroll in GED and Parenting by your next review.

### Long Term Goals

Complete ESL, GED, and Parenting by March 2024.

### RRC/HC Placement

### Comments

Treaty Transfer: Eligible and not interested.
You will be reviewed for RRC placement/ Home Detention consideration in accordance with the 2nd Chance Act of 2007 and the 5-Factor Criteria in 18 USC  3621(b). Your review will be conducted 17-19 months prior to your release. Notify your Case Manager if your release address/plans change via Inmate Request to Staff form.
Resolve any possible warrant or detainers and report any possible pending charges the Bureau of Prisons may not be aware of. If the Bureau of Prisons becomes of aware of any pending charges, it will negatively affect your halfway house process. Inmates with pending charges or detainers cannot receive any halfway house placement until these issues are resolved.